UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE BRIAN GARVIE,<br><br>                              Petitioner,<br><br>       v.<br><br>JASON BENNETT,<br><br>                              Respondent. | Case No. C24-371-JLR-SKV<br><br>ORDER GRANTING PETITIONER ADDITIONAL TIME TO RESPOND TO RESPONDENT'S ANSWER |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner Eugene Garvie is currently confined at the Stafford Creek Corrections Center ("SCCC"), and he seeks to challenge in this action a 2016 judgment and sentence of the Snohomish County Superior Court. *See* Dkt. 5. On May 16, 2024, Respondent filed an answer to Petitioner's federal habeas petition which was noted on the Court's calendar for consideration on June 13, 2024. Dkt. 14. To date, Petitioner has not filed a response to Respondent's answer. However, on June 6, 2024, the Court received from Petitioner a document entitled "Affidavit of Prejudice in Support of Denied Access to the Courts" in which he complains that SCCC staff have acted to deny him access to the Courts. Dkt. 19. Petitioner does not make clear in his submission how, if at all, the alleged

ORDER GRANTING PETITIONER
ADDITIONAL TIME TO RESPOND
TO RESPONDENT'S ANSWER - 1

misdeeds of SCCC staff members have affected his ability to litigate this action nor does he request additional time to file documents in this case. Nonetheless, out of an abundance of caution, the Court deems it appropriate to grant Petitioner some additional time to file a response to Respondent's answer should he desire to do so.

Accordingly, the Court hereby ORDERS as follows:

(1) Petitioner is GRANTED an extension of time to file a response to Respondent's answer, and any such response must be filed not later than ***July 16, 2024***.

(2) Respondent's answer (Dkt. 14) is RE-NOTED on the Court's calendar for consideration on ***July 23, 2024***. Respondent shall file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable James L. Robart.

DATED this 18th day of June, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PETITIONER
ADDITIONAL TIME TO RESPOND
TO RESPONDENT'S ANSWER - 2