UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE BRIAN GARVIE,<br><br>   Petitioner,<br>   v.<br><br>JASON BENNETT,<br><br>   Respondent. | CASE NO. C24-0371JLR<br><br>ORDER |

Before the court is Petitioner Eugene Brian Garvie's written request for excerpts of record pursuant to Ninth Circuit Appellate Rules 30-1.7 and 30-3. (Request (Dkt. # 96).) These rules require the district court to forward to a *pro se* prisoner "copies of the documents comprising the Excerpts of Record so that the prisoner can prepare the briefs on appeal." 9th Cir. App. R. 30-1.7, 30-3.

Here, Mr. Garvie requests copies of documents in connection with the appeal docketed as Ninth Circuit case number 24-6002. (Request at 1.) On October 31, 2024, however, the Ninth Circuit denied Mr. Garvie's request for a certificate of appealability,

1 | closed the appeal, and stated it it would not entertain any further filings in the case. (9th
2 | Cir. Order (Dkt. # 68).) As a result, there is no need for Mr. Garvie to prepare any briefs
3 | for his appeal. Accordingly, the court DENIES Mr. Garvie's request for excerpts of
4 | record (Dkt. # 96) as moot.
5 | Dated this 20th day of March, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2